■ PAUL R. PATERA, Appellant, v JOAN M. PATERA, Respondent. [745 NYS2d 722] —In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Suffolk

County (Blydenburgh, J.), entered November 20, 2000, as directed him to pay the defendant maintenance in the sum of $200 per week for 11 years.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

It is well settled that the amount and duration of maintenance is a matter committed to the trial court's sound discretion (*see Kahn v Kahn*, 221 AD2d 320, 321; *Feldman v Feldman*, 194 AD2d 207, 217; *Sperling v Sperling*, 165 AD2d 338, 341). Under the circumstances presented here, the Supreme Court providently exercised its discretion in fashioning its maintenance award (*see Castiglione v Castiglione*, 259 AD2d 582, 583; *Morrissey v Morrissey*, 259 AD2d 472). O'Brien, J.P., Krausman, Schmidt and Cozier, JJ., concur.